No. 00–5358. PANGBURN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5359. CRAMER v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 00–5360. DEBLASIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5361. GRINOLS v. BROWN ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–5363. GRAHAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5364. GRULLON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–5366. GARCIA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–5367. EATMON, AKA WILSON v. PORT AUTHORITY MASS TRANSPORTATION OF ALLEGHENY COUNTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–5368. DAVIS v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 00–5369. FRANCIS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–5370. GUZMAN-SANTIAGO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–5371. BLACK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–5372. BENTLEY v. GARRAGHTY, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 00–5373. BRIMMER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 6th Cir. Certiorari denied.